November 10, 2010

No. 09–1227. Bond *v.* United States. C. A. 3d Cir. [Certiorari granted, *ante,* p. 960.] Stephen R. McAllister, Esq., of Lawrence, Kan., is invited to brief and argue this case, as *amicus curiae,* in support of the judgment below.

November 12, 2010

No. 10A465. Log Cabin Republicans *v.* United States et al. Application to vacate the stay entered by the United States Court of Appeals for the Ninth Circuit on November 1, 2010, presented to Justice Kennedy, and by him referred to the Court, denied. Justice Kagan took no part in the consideration or decision of this application.

November 15, 2010

No. 10–5610. Pulido-Islas *v.* United States. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Carachuri-Rosendo* v. *Holder,* 560 U. S. 563 (2010).